**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01866-LTB

JASON ACKERMAN,

       Plaintiff,

v.

NELSON HIRSCH & ASSOCIATES, INC.,

       Defendant.
_____

**ORDER**
_____

       This matter is before the Court on Plaintiff's Motion to Strike Defendant's Answer (Doc 4 - filed November 3, 2010).  As a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se.  *Harrision v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001).  Accordingly, it is

       ORDERED that Plaintiff's Motion to Strike Defendant's Answer is GRANTED.

                                   BY THE COURT:

                                     s/Lewis T. Babcock
                                   Lewis T. Babcock, Judge

DATED:   November 4, 2010