**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:10-cv-01866-LTB**

Jason Ackerman**, Plaintiff,**

**v.**

Nelson Hirsch & Associates, Inc**, Defendant.**

## NOTICE OF SETTLEMENT

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with Prejudice in 30 days.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Richard J. Meier*
　　Richard J. Meier
　　233 S. Wacker Drive, Suite 5150
　　Chicago, IL 60606
　　Tel: 1.866.339.1156
　　Fax: 1.312.822.1064
　　rjm@legalhelpers.com
　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Richard J. Meier