**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01866-LTB-CBS

JASON ACKERMAN,

       Plaintiff,

v.

NELSON HIRSCH & ASSOCIATES,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Joint Motion for Extension of Time to File Stipulation of Dismissal (Doc 15 - filed January 25, 2011) is **GRANTED up to and including March 10, 2011**.

Dated:   January 26, 2011
___