**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01866-LTB-CBS

JASON ACKERMAN,

       Plaintiff,

v.

NELSON HIRSCH & ASSOCIATES, INC.,

       Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 19 - filed March 15, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   March 16, 2011